U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

NOV 19 2025

ERIC M. STORMS, CLERK

BY_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

UNITED STATES OF AMERICA

v.

NICHOLAS PRESBY

Case No. 2:25-cr-00178-SDN

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
### (Possession of Explosive by Prohibited Person – Felon)

On about September 22, 2025, in the District of Maine, the defendant

**NICHOLAS PRESBY**

knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, explosives, namely:

- One device containing an unknown amount of black powder, a one-pound Coleman propane tank, and a MAP gas cylinder; and
- One device containing approximately 33 grams of black powder.

In violation of Title 18, United States Code, Sections 842(i) and 844(a).

### FORFEITURE NOTICE

Upon conviction of the offense in violation of Title 18, United States Code, Sections 842(i) and 844(a), set forth in Count One of this Indictment, the defendant,

**NICHOLAS PRESBY**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 844(c)(1), and Title 28, United States Code, Section 2461(c), any explosive materials

involved, used, or intended to be used in the offense. The property to be forfeited includes, but is not limited to:

- One device containing an unknown amount of black powder, a one-pound Coleman propane tank, and a MAP gas cylinder.
- One device containing approximately 33 grams of black powder.

All pursuant to Title 18, United States Code, Section 844, and Title 28, United States Code, Section 2461.

Signature Redacted – Original on file with the Clerk's Office

FOREPERSON

_____
ASSISTANT UNITED STATES ATTORNEY

DATED: 11/19/25